DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
EBONY CROMWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 07-449 MCE |
| Plaintiff, | |
| v. | ORDER ALLOWING DEFENDANT TO BE RELEASED FROM CUSTODY FOR ONE DAY TO ATTEND FUNERAL |
| EBONY CROMWELL | |
| Defendant. | |

    Counsel for Defendant Ebony Cromwell, is requesting that Ms. Cromwell be released for one day from FCI Dublin in order to attend her grandmother's funeral.  Counsel for Ms. Cromwell has conferred with United States Probation Officer Thomas Brown, and he has no opposition to this request.  Counsel for the government, Assistant United States Attorney Kyle Reardon is opposed to the request due to his feelings that Ms. Cromwell 'has already been given a break.'  Counsel for the defense is nevertheless requesting that Ms. Cromwell be released from FCI Dublin, to attend the funeral of her grandmother, Alice Ruth Kumar.

    The funeral will be held at the Cypress Lawn Memorial Park, located at 1370 El Camino Real, Colma, California.  We are requesting

1  that Ms. Cromwell will be released no later than 8:00 a.m. on September
2  19, 2008, and will return to FCI Dublin, no later than 4:00 p.m., on
3  September 19, 2008, to complete the remainder of her 30 day sentence.
4
5  Dated: September 18, 2008          /S/ Dina L. Santos
                                      DINA L. SANTOS
6                                     Attorney for
7                                     Ebony Cromwell
8
9
10
                                **O R D E R**
11
       **IT IS SO ORDERED.**
12
13
    Dated: September 18, 2008
14
15
                                      _____
16                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
17

Stipulation and Order              2