1   DINA L. SANTOS, Bar #204200
    Attorney at Law
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    EBONY CROMWELL

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,      )   No. CRS 07-449 MCE
                                   )
12                 Plaintiff,      )
                                   )   ORDER ALLOWING DEFENDANT TO BE
13      v.                         )   RELEASED FROM CUSTODY FOR ONE DAY
                                   )   TO ATTEND FUNERAL
14  EBONY CROMWELL                 )
                   Defendant.      )
15                                 )
                                   )
16  _____)

17

18      Counsel for Defendant Ebony Cromwell, is requesting that Ms.

19  Cromwell be released for one day from FCI Dublin in order to attend her

20  grandmother's funeral.  Counsel for Ms. Cromwell has conferred with

21  United States Probation Officer Thomas Brown, and he has no opposition

22  to this request.  Counsel for the government, Assistant United States

23  Attorney Kyle Reardon is opposed to the request due to his feelings

24  that Ms. Cromwell 'has already been given a break.'  Counsel for the

25  defense is nevertheless requesting that Ms. Cromwell be released from

26  FCI Dublin, to attend the funeral of her grandmother, Alice Ruth Kumar.

27      The funeral will be held at the Cypress Lawn Memorial Park,

28  located at 1370 El Camino Real, Colma, California.  We are requesting

that Ms. Cromwell will be released no later than 8:00 a.m. on September 19, 2008, and will return to FCI Dublin, no later than 4:00 p.m., on September 19, 2008, to complete the remainder of her 30 day sentence.


Dated: September 18, 2008          /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for
                                   Ebony Cromwell




**O R D E R**

   **IT IS SO ORDERED.**

 Dated: September 18, 2008

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE